UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOTAL QUALITY LOGISTICS, LLC,                Case No. 1:12-cv-620

    Plaintiff,                                                          Judge Timothy S. Black

-vs-

MACKTOON, INC. dba
ARROW TRANSPORTATION,

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]     **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ x ]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Court has issued Findings of Facts and Conclusions of Law (Doc. 60) that **AWARDED** Plaintiff judgment against Defendant in the amount of $36,589.08, together with interest thereon at the rate specified in 28 U.S.C. § 1961(a) from December 13, 2011 until paid; and this case is **TERMINATED** on the docket of the Court.

Date: February 19, 2014                                    **JOHN P. HEHMAN, CLERK**

                                                                        By: *s/ M. Rogers*
                                                                        Deputy Clerk